**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                                                         **2:25-cr-20371**

**Dedrick Bell,**

     **Defendant.**

---

### 1st Motion in Limine

---

Comes now Defendant, by and through his attorney of record, and moves this Honorable Court to for an instruction preventing the witnesses from testifying as to any jewelry, money, credit cards, or any form of currency that was located at the residence where Defendant was arrested.

Furthermore, Defendant moves this Court to prevent any witnesses from testifying as to any belief, or to rely on any evidence to suggest or support that Defendant was involved in the sale or distribution of illegal narcotics.

In this case, the Government is making allegations regarding firearms, and Defendant is not charged with any conduct involving currency, jewelry, or drugs.

To the extent that the Government would assert that the information was somehow relevant, then it would necessarily be asserting that the evidence or information was relevant to prove that Defendant was involved in criminal activity.  Or, it would imply that.  Or, the jurors might assume that.

1

This would be overly prejudicial, highly speculative, and violate the Federal Rules of Evidence 404(a) and (b) potentially.

Evidence of a person's character, or the person's character trait, is not admissible to prove that on a particular occasion the person acted in accordance with the character or trait.  See 404(a).

In addition, evidence of other crimes is not admissible to show a defendant's propensity to commit crime.  See 404(b).

### Conclusion

Wherefore, Premises Considered, Defendant moves this Court to instruct the witnesses not to reference any jewelry that was found, or any currency, in any form, that was located on the premises in question.  Defendant further requests that a mistrial be granted if the instruction is not honored.

Respectfully submitted,

s/*Terrell Tooten*

_____
Terrell Tooten, Attorney for Defendant
BPR 28506
5744 Rayben Circle, Memphis, 38115
(901) 609-3622

### CERTIFICATE OF SERVICE

I certify that to the best of my knowledge and belief that a copy of the foregoing Motion has been electronic mailed to the office of the District Attorney General on December 10, 2025.

s/*Terrell Tooten*
Terrell Tooten, Attorney for Defendant

2