**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                                                             **2:25-cr-20371**

**Dedrick Bell,**

     **Defendant.**

---

### 2nd Motion in Limine

---

Comes now Defendant, by and through his attorney of record, and moves this Honorable Court to exclude any evidence not made available to Defendant prior to 20 days before Trial.

With the Trial date rapidly approaching, Defendant would be unfairly prejudiced if he were to receive new and additional evidence at a late stage of the proceedings. Defendant has properly and timely requested Discovery under the rules, and Defendant will be prepared for Trial based on all evidence timely received.

To the extent that evidence is provided later than 20 days before Trial, Defendant would request a Hearing in order to address why the evidence was provided late, and for a determination to be made as to whether the Indictment would be dismissed with prejudice, or any other remedy appropriate based on the facts and circumstances.

Wherefore, Premises Considered, Defendant moves this Court to instruct exclude any evidence that has not been provided at least 20 days before Trial.

Respectfully submitted,

s/*Terrell Tooten*

1

Terrell Tooten, Attorney for Defendant
BPR 28506
5744 Rayben Circle, Memphis, 38115
(901) 609-3622

CERTIFICATE OF SERVICE

I certify that to the best of my knowledge and belief that a copy of the foregoing

Motion has been electronic mailed to the office of the District Attorney General on December

10, 2025.

s/*Terrell Tooten*
Terrell Tooten, Attorney for Defendant